

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Sessions's Order dated September 15, 2000.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.

**Sydney BRADSHAW, Plaintiff–Appellant,**

v.

**VERMONT DEPARTMENT OF PROBATION; Kevin Robtoy, Probation Officer, in both individual and official capacities, Neil Christiansen, Probation Officer, in both individual and official capacities, Defendants–Appellees.**

**Docket No. 00–0281.**

United States Court of Appeals, Second Circuit.

Oct. 16, 2001.

Sydney Bradshaw, York, PA, pro se.

David R. Groff, Ass't Att'y Gen., Waterbury, VT, for appellee.

Present KEARSE, MINER and PARKER, Circuit Judges.

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the District of Vermont, and was submitted by plaintiff *pro se* and by counsel for defendants.